■ Lois Webster et al., Appellants, v Thomas Smith, Respondent. [635 NYS2d 561] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Assumption of Risk.) Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.

■ People, Respondent, v Thomas P. Moore, Appellant. [635 NYS2d 546] —Motion for reargument denied. All concur except Wesley, J., who dissents and votes to grant reargument and, upon reargument, to vacate the order of this Court entered June 9, 1995 (216 AD2d 902) and affirm the judgment (*see, Victor v Nebraska*, 511 US 1). Present—Pine, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of James W. Richards. [635 NYS2d 556] —Application for Reinstatement denied. Present—Denman, P. J., Green, Callahan, Doerr and Balio, JJ.

■ In the Matter of Arthur Hawkins, Appellant, v Phillip Coombe, Jr., as Acting Commissioner of the New York State Department of Correctional Services, Respondent. [635 NYS2d 556] —Motion for permission to proceed as poor person and assignment of counsel denied. Memorandum: Petitioner has failed to serve the Oneida County Attorney as required by CPLR 1101 (c) and this Court's July 3, 1995 order. Present—Green, J. P., Pine, Fallon, Doerr and Boehm, JJ.

■ People, Respondent, v Patrice Robinson, Appellant. [634 NYS2d 583] —Motion to expand the judgment roll and for permission to file and serve a *pro se* supplemental brief denied. Memorandum: Issues raised on direct appeal must be a matter of record. If there is a dispute concerning the contents of the record, a motion to settle the record before the trial court (*see,* 22 NYCRR 1000.5 [g] [2]) must be made. A defendant who seeks to raise an issue that is outside the record must raise it within the context of a CPL 440.10 motion to vacate the judgment. Defendant's motion to file a *pro se* supplemental brief is premature because defendant's assigned counsel has not filed and served the principal brief in this appeal (*see,* 22 NYCRR 1000.5 [g] [1]). Present—Green, J. P., Lawton, Fallon, Callahan and Davis, JJ.